IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-cr-589 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JENNIFER D. ARMSTRONG |
| MICHAEL COLEMAN, | ) | |
| | ) | ***BRADY v. MARYLAND*** |
| Defendant. | ) | **NOTICE AND ORDER** |
| | ) | |

Pursuant to the Due Process Protections Act, the Court orders the United States produce to the defendant *Brady v. Maryland*, 373 U.S. 83 (1963) exculpatory evidence and Giglio v. United States, 405 U.S. 150 (1972) evidence.

Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

**IT IS SO ORDERED.**

Dated: November 27, 2023                     s/ *James S. Gwin*
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE